UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

ROBERT J. BJERKE,

*Plaintiff,*

vs. C.A. No. 04-356 T

THE CITY OF WARWICK, ERNEST ZMYSLINSKI, THE FINANCE DIRECTOR OF THE CITY OF WARWICK AND STEPHEN MCCARTNEY, THE CHIEF OF POLICE OF THE CITY OF WARWICK

*Defendants,*

**ANSWER ON BEHALF OF THE DEFENDANTS**

Now come the defendants in the above-captioned matter, The City of Warwick, Ernest Zmyslinski, the Finance Director of the City of Warwick and Stephen McCartney, the Chief of Police of the City of Warwick and answer the plaintiffs' complaint as follows:

1. These defendants admit the allegations contained in paragraphs 1, 2 ,3 and 4 of that portion of the plaintiff's complaint entitled, *"Parties."*

2. These defendants make no response to the allegations contained in paragraph 5 of that portion of the plaintiff's complaint entitled, *"Legal Basis"* and leave plaintiff to his proof of same.

3. These defendants admit the allegations contained in paragraph 6 of that portion of the plaintiff's complaint entitled, *"Jurisdiction"*.

4. These defendants admit to the allegations contained in paragraphs 8, 9 and 13 of that portion of the plaintiff's complaint entitled, *"Facts"*.

2

5. These defendants deny the allegations contained in paragraphs 7, 10, 11, 12, 14, 15, 16 and 17 of that portion of the plaintiff's complaint entitled, *"Facts"*.

6. These defendants deny the allegations contained in paragraph 18 of count 1 of the plaintiff's complaint.

7. These defendants deny the allegations contained in paragraph 19 of count 2 of the plaintiff's complaint.

8. These defendants deny the allegations contained in paragraphs 20, 21, 22 and 23 of count 3 of the plaintiff's complaint.

9. These defendants deny the allegations contained in paragraphs 25, 26, 27, 28 and 29 of count 4 of the plaintiff's complaint.

10. These defendants deny the allegations contained in paragraphs 30, 31, 32 and 33 of count 5 of the plaintiff's complaint.

11. These defendants deny the allegations contained in paragraphs 34, 35, 36 and 37 of count 6 of the plaintiff's complaint.

12. These defendants deny the allegations contained in paragraphs 38, 39 and 40 of count 7 of the plaintiff's complaint.

13. These defendants deny the allegations contained in paragraphs 41, 42 and 43 of count 8 of the plaintiff's complaint.

C.A. No. 04-356T

AFFIRMATIVE DEFENSES

FIRST AFFIRMATIVE DEFENSE

These defendants plead absolute and qualified immunity as a bar to the within complaint.

SECOND AFFIRMATIVE DEFENSE

These defendants plead all common law immunity and statutory immunity available to each of them.

THIRD AFFIRMATIVE DEFENSE

These defendants plead the statutory cap on damages as a bar and restriction on the amount of damages recoverable.

**These defendant's demand trial by jury.**

Defendants,
By their attorney,

Marc DeSisto, Esq. (#2757)
DESISTO LAW
211 Angell Street
P.O. Box 2563
Providence, RI 02906-2563
Phone: (401) 272-4442
Fax: (401) 272-9937
Email: marc@desistolaw.com

C.A. No. 04-356T

CERTIFICATION OF SERVICE

I hereby certify that a true copy of the within Answer was mailed, postage prepaid, on this 8th day of September 2004, to:

Merlyn P. O'Keefe Esq.
PACKER & O'KEEFE
1220 Kingstown Rd
Peacedale, RI 02883