UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

ROBERT J. BJERKE,

*Plaintiff,*

vs.

C.A. No. 04-356 T

THE CITY OF WARWICK, ERNEST ZMYSLINSKI, THE FINANCE DIRECTOR OF THE CITY OF WARWICK AND STEPHEN MCCARTNEY, THE CHIEF OF POLICE OF THE CITY OF WARWICK

*Defendants,*

**DEFENDANTS ACCEPTANCE OF SERVICE**

Now come the Defendants, through counsel, Marc DeSisto and hereby accept service in the above-captioned matter.

Defendants,
By their attorney,

[signature]

Marc DeSisto, Esq. (#2757)
DESISTO LAW
211 Angell Street
P.O. Box 2563
Providence, RI 02906-2563
Phone: (401) 272-4442
Fax: (401) 272-9937
Email: marc@desistolaw.com



3

C.A. No. 04-356T

## CERTIFICATION OF SERVICE

I hereby certify that a true copy of the within Answer was mailed, postage prepaid, on this 8th day of September 2004, to:

Merlyn P. O'Keefe Esq.
PACKER & O'KEEFE
1220 Kingstown Rd
Peacedale, RI 02883