**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| ROBERT J. BJERKE<br>PLAINTIFF | : | |
| V. | : | C.A. NO. 04-356 T |
| THE CITY OF WARWICK, ET AL<br>DEFENDANT | : | |

**NOTICE OF DEPOSITION**

DEPONENT: WARWICK POLICE DEPARTMENT
DATE: OCTOBER 28, 2004
TIME: 11:00 A.M.

Please take notice that, pursuant to Rule 30 (b) 6, the undersigned will take the Deposition of the above-named individual for the purpose of discovery or for use as evidence, or both, which will continue from day to day until completed, the same to commence on the date and at the time above stated at the offices of Packer & O'Keefe, 1220 Kingstown Road, Peace Dale, RI 02879 before a Notary Public commissioned in the State of Rhode Island oaths.

The matters to be examined upon:

(1) All facts and factors on which the Warwick Police Department based its conclusion that Plaintiff was wanted on a warrant by the State of Florida.

(2) All facts and factors on which the Warwick Police Department revised its conclusion that Plaintiff was wanted on a warrant by the State of Florida.

Plaintiff, Robert Bjerke
By his Attorneys:
PACKER & O'KEEFE

Merlyn P . O'Keefe, Esquire
1220 Kingstown Road
Peace Dale, RI 02879
(401) 789-4850 phone
(401) 782-4210 fax
Ct. Reg. #2439

4

**CERTIFICATION**

I hereby certify that a copy of the within notice of deposition was mailed first class postage prepaid on the 15th day October 2004 to:

Marc DeSisto, Esq.
DESISTO LAW
211 Angell Street
P.O. Box 2563
Providence, RI 02906-2563

Fran Young
135 Rankin Avenue
Providence, RI 02908

________________________