UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

JAN 20 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

ROBERT J. BJERKE
PLAINTIFF

V. C.A. NO. 04-356T

THE CITY OF WARWICK, ET. AL
DEFENDANTS

**PLAINTIFF ROBERT J. BJERKE'S**
**MOTION TO COMPEL**
**PRODUCTION OF DOCUMENTS**

Now comes the Plaintiff, and moves that the Defendants be compelled to produce documents requested on 11 November 2004, within twenty (20) days after hearing hereon.

PLAINTIFF,
Robert J. Bjerke

By: ______________________
Merlyn P. O'Keefe, Esquire
PACKER & O'KEEFE
1220 Kingstown Road
Peace Dale, RI 02879
Ct. Reg. #2439

GOOD FAITH CERTIFICATION

I hereby certify that I made good faith effort to resolve this case extrajudicially.

______________________
Merlyn P. O'Keefe, Esq.

CERTIFICATION

I hereby certify that a copy of this Motion was mailed to Marc DeSisto, Esq., DESISTO LAW, 211 Angell Street, P.O. Box 2563, Providence, RI 02906-2563 on the 19th day of January 2005.

______________________
Bonnie S. Dowling

**No objection having been timely filed pursuant to the Local Rules for the District of Rhode Island, the within motion is hereby granted.**

______________________
Deputy Clerk
Date: 1/31/05

05 JAN 31 A 8:32

FILED

10