THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

FILED
MAR 18 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

ROBERT J. BJERKE,

*Plaintiff,*

vs.

CITY OF WARWICK, ET AL,

*Defendants.*

C.A. No. 04-356T

DENIED. The parties may continue to engage in discovery by mutual agreement as per paragraph 2 of the Pretrial Order.

Ernest C. Torres 3/31/05

**PLAINTIFF'S AND DEFENDANTS' JOINT MOTION**
**TO EXTEND DISCOVERY PERIOD**

Now come the plaintiff, Robert J. Bjerke, and the defendants, The City of Warwick, Ernest Zmyslinski, the Finance Director of the City of Warwick and Stephen McCartney, the Chief of Police of the City of Warwick, and move for an Order extending discovery from April 1, 2005 to June 1, 2005. Defendants and plaintiff state as reason that the extension of time is necessary to complete discovery. The plaintiff has been provided a voluminous Response to his First Request for Production of Documents from the defendant. The plaintiff submitted a Second Request for Production of Documents from the defendant, and the Response the Second Request is being assembled by the defendant. Further, although some depositions have already taken place, the discovery process has resulted in additional depositions to be conducted by both the Plaintiff and the Defendants.

WHEREFORE, defendants respectfully request that the discovery closure date be extended to June 1, 2005.

12

Defendants,
By their Attorneys,

Marc DeSisto, Esq., No. 2757
DESISTO LAW
211 Angell Street
Providence, RI 02906
(401) 272-4442
(401) 272-9937 facsimile
marc@desistolaw.com

Plaintiff,
By his Attorney,

Merlyn O'Keefe, Esq., No. 2439
PACKER & O'KEEFE
1220 Kingston Road
Peace Dale, RI 02879
(401) 789-4850
(401) 782-4210 facsimile