**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| ROBERT J. BJERKE<br>PLAINTIFF | : | |
| V. | : | C.A. NO. 04-356 T |
| THE CITY OF WARWICK, ET. AL<br>DEFENDANTS | : | |

**NOTICE OF DEPOSITION**

DEPONENT: COMMANDER TITUS
DATE: 15 JUNE 2005
TIME: 1:00 P.M.

Please take notice that, pursuant to Rule 26, the undersigned will take the Deposition of the above-named individual for the purpose of discovery or for use as evidence, or both, which will continue from day to day until completed, the same to commence on the date and at the time above stated at the offices of PACKER & O'KEEFE, Rodman Square, 1220 Kingstown Road, Peace Dale,

Please bring with you any reports or documents you have made or reviewed touching or concerning Mr. Bjerke's arrest by the Warwick Police Department on or about 21 August 2001.

Plaintiff, Robert Bjerke
By his Attorneys
PACKER & O'KEEFE

Merlyn P. O'Keefe, Esquire (#2439)
1220 Kingstown Road
Peace Dale, RI 02879
(401) 789-4850 phone
(401) 782-4210 fax

**CERTIFICATION**

I hereby certify that a copy of the within notice of deposition was mailed first class postage prepaid on the 2nd day of June 2005 to:

Marc DeSisto, Esq.
DESISTO LAW
211 Angell Street
P.O. Box 2563
Providence, RI 02906-2563

Fran Young
135 Rankin Avenue
Providence, RI 02908

Bonnie S. Dowling