UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

# CLERK'S MINUTES

**CA 04-356T** **DATE: September 20, 2005**

**TITLE: ROBERT BJERKE v. CITY OF WARWICK**

**MAGISTRATE JUDGE: Robert W. Lovegreen**

**COURTROOM CLERK: Martha Saucier**

---

**COUNSEL PRESENT:**

**Plaintiff: Meryln O'Keffe**

**Defendant: Marc DeSisto**

**************************************************************************

**Proceedings: Empanelment**

**All counsel of record present. Plaintiff present. Sixteen names called. Court excuses for cause. Court conducts voir dire. Both sides exercise challenges. Panel seated and satisfactory to both sides.**