**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

# CLERK'S MINUTES

**CASE NUMBER:** **CA04-356T** **DATES:** 9/20/05-9/22/05; 9/26/05
**TITLE OF CASE:** Robert Bjerke v. City of Warwick, et al.

**CHIEF JUDGE:** **ERNEST C. TORRES**

**COURTROOM CLERK:** **Lucia Cristina Leyva**
**COURT REPORTER:** **Anne Clayton**
**COURT INTERPRETER:** **N/A**
**PROBATION:** **N/A**

---

**COUNSEL PRESENT**

Plaintiff: Merlyn O'Keefe, Esq.

Defendant: Marc DeSisto, Esq.
Karen Corcoran, Esq.

---

**PROCEEDINGS:** **Jury Trial**

September 20, 2005 — Day 1
All counsel of record present. Counsel addresses use of exhibits
in opening statements. Counsel does not agree. Court rules exhibits may not be used. Jury-In. Court addresses jury. Opening statements given by both parties. One witness called. Court adjourned.

September 21, 2005 — Day 2
All counsel of record present. Jury-In. Three witnesses called. Thirteen exhibits entered full.

September 22, 2005 — Day 3
All counsel of record present. Jury-In. Four witnesses called. Five exhibits entered full. Jury-Out. Oral Motion made by defense counsel for Court to grant Judgment as a Matter of Law. Arguments heard. Court grants defense counsel's Motion for Judgment as a Matter of Law as to Counts 1, 2, 7 & 8. Court defers ruling on Counts 3, 4, 5, & 6.

| | |
|---|---|
| September 26, 2005 | Day 4<br>All counsel of record present. Court grants defense counsel's Motion for Judgment as a Matter of Law as to Counts 3, 4, & 6. Court reserves judgment as to Count 5. Jury to make determination as to remaining count. Plaintiff addresses exhibits to be sent into deliberation with Jury based on Court's findings. Court to send in all exhibits entered full. Jury-In. Counsel delivers closing arguments. Jury-Out. Court resumes. Jury-In. Court charges Jury. Jury sent into deliberation. Jury finds in favor of the Defendant, The City of Warwick, in regards to the Claim of Negligence. |