AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court

## *District of Rhode Island*

EXHIBIT AND WITNESS LIST

Robert Bjerke v. City of Warwick, et al.

CASE NUMBER: CA04-356T

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Ernest C. Torres | Merlyn O'Keefe, Esq. | Marc DeSisto, Esq.; Karen Corcoran, Esq. |
| TRIAL DATE(S) 9/20/05; 9/21/05; 9/22/05; 9/26/05 | COURT REPORTER Anne Clayton | COURTROOM DEPUTY Lucia Cristina Leyva |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | | 9/20/05 | | | W-1 Robert Bjerke |
| | | 9/21/05 | | | W-2 Daniel E. Lopez |
| 5 | | 9/21/05 | X | FULL | NCIC Printout 8/21/01 |
| 1 | | 9/21/05 | X | FULL | Capias Broward County 98-22520 |
| 3 | | 9/21/05 | X | FULL | Booking Report Broward County 11/7/98 |
| 4 | | | X | | Partial Blow-up Exhibits 2&3 |
| | D3 | 9/21/05 | X | FULL | Booking Desk Form 8/21/01 from Broward County P.D. |
| 13 | | 9/21/05 | X | FULL | NCIC Triple I (III) |
| 26 | | 9/21/05 | X | FULL | Legal Process Policy |
| | D4 | 9/21/05 | X | FULL | Extradition Inquiry |
| 8 | | 9/21/05 | X | FULL | Complaint Affidavit - Broward County |
| | | 9/21/05 | | | W-3 Timothy Tapley |
| 20 | | 9/22/05 | X | FULL | Arraignment Worksheet |
| | I4 | 9/21/05 | X | FULL | Notice of Court Dates |
| | I5 | 9/21/05 | X | FULL | Mittimus - Rhode Island District Court |
| | I7 | 9/21/05 | X | FULL | Writ of Habeas Corpus |
| | | 9/21/05 | | | W-4 Michael Babula |
| | A1 | | X | | 8/31/01 Arrest report excluding narratives |
| | A2 | 9/21/05 | X | FULL | 8/31/01 Narrative of Officer Daniel E. Lopez |
| | A3 | | X | | 8/31/01 Narrative of Officer Lori A. Killingsworth |
| | | 9/22/05 | | | W-5 Frederick R. Pierce |
| 11 | | 9/22/05 | X | FULL | Copy of Fingerprint Card |

include a notation as to the location of any exhibit not held with the case file or not available because of size.

AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST - CONTINUATION

Robert Bjerke V. City of Warwick, et al.

CASE NUMBER: CA04-356T

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | | 9/22/05 | | | W-6 Paul Shanley |
| 9 | | 9/22/05 | X | FULL | Teletype regarding Robert Bjerke |
| 16 | | 9/22/05 | X | FULL | Memo from Lt. Shanley to Police Prosecutor 8/24/01 |
| | I1 | 9/22/05 | X | FULL | Rhode Island Fugitive Complaint |
| | | 9/22/05 | | | W-7 Joseph C. Coffey |
| | | 9/22/05 | | | W-8 Betty Jo Bjerke |