**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

ROBERT J. BJERKE

v. C.A. No. 04-356-T

CITY OF WARWICK, ET AL.

**VERDICT FORM**

WE, THE JURY, FIND:

Re: Claim by Robert J. Bjerke against the City of Warwick:

Negligence Claim

For the Plaintiff,
Robert J. Bjerke ______

For the Defendant,
The City of Warwick ✓

If you find for the
Plaintiff, please state
the amount of
damages to be awarded, if any: $______

Signature of foreperson: Christine B. Lass

Date: September 26, 2005