**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

Robert J. Bjerke
Plaintiff

vs. C.A. No. 04-356T

City of Warwick, et al.
Defendants

# JUDGMENT

[ X ] Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[ X ] Decision by the Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

In accordance with the Jury Verdict and the granting of Defendants' Motion for Judgment as a Matter of Law, Judgment hereby enters in favor of the Defendants, City of Warwick, Ernest Zmyslinski and Stephen McCartney, as to all counts of the Complaint.

Enter:

Deputy Clerk

Dated: October 4th, 2005